# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JORGE MEDINA,**

        **Plaintiff,**

**-vs-**                                              Case No. 6:05-cv-528-Orl-31JGG

**GUILLERMO HERRERA d/b/a N.C.H. Construction,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Judgment (Doc. No. 21) filed September 26, 2005.

On December 5, 2005, the United States Magistrate Judge issued a report (Doc. No. 25) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Default Judgment is GRANTED.

3. The Clerk is directed to enter judgment on behalf the Plaintiff Jorge Medina and against the Defendant Guillermo Herrera, in the total amount of $7,879.12.

4). Any pending motions are denied as moot and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of December, 2005.

Copies furnished to:
Counsel of Record
Unrepresented Party

                                                                GREGORY A. PRESNELL
                                                     UNITED STATES DISTRICT JUDGE